**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DYLAN HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| TROPICANA ST. LOUIS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DYLAN HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2622-CC00331 |
| | ) | |
| v. | ) | |
| | ) | |
| TROPICANA ST. LOUIS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant Tropicana St. Louis, LLC ("Tropicana"), pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, removes this action from the Circuit Court of the City of St. Louis, Missouri, to the United States District Court for the Eastern District of Missouri, Eastern Division. In support, Tropicana states:

1. Plaintiff commenced this action in the Circuit Court of the City of St. Louis, Missouri, on February 17, 2026, under Cause No 2622-CC00331, asserting premises

liability and negligence claims against Tropicana concerning Plaintiff's alleged injury involving a slot machine on Tropicana's property.

2. A copy of Plaintiff's Petition is attached as **Exhibit A**.

3. Tropicana was served on October 21, 2026.

4. A copy of Return of Service is attached as **Exhibit B**.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

6. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a) because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. At the time this action commenced and at the time of removal, Plaintiff was and is domiciled in Alabama. *See* Petition, ¶ 1.

8. Tropicana is a limited liability company organized under the laws of Delaware and authorized to conduct business in Missouri. For purposes of diversity jurisdiction, an LLC is a citizen of every state of which its members are citizens. *See Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023).

9. At the commencement of this action and at the time of removal, Tropicana Entertainment, Inc. was and is the sole member of Tropicana. Tropicana Entertainment, Inc. is incorporated in Delaware and maintains its principal place of business in Nevada. *See* Affidavit of Christine Viggiano, attached as **Exhibit C** and incorporated herein as though fully set forth.

10. Complete diversity exists between the parties. *See* 28 U.S.C. § 1332(a).

11. The amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Missouri law does not permit a specific dollar amount of damages to be pleaded except to establish the appropriate jurisdictional level. Mo. Rev. Stat. § 509.050.1(2). Thus, Plaintiff's Petition only seeks damages in excess of $25,000. However, Plaintiff's pre-litigation and later communications establish that the amount in controversy exceeds the jurisdictional threshold for diversity. On May 28, 2025, Plaintiff submitted correspondence seeking one year of salary in the amount of $77,397, approximately $3,000 in medical expenses, and coverage of future medical expenses related to the incident. Plaintiff's counsel submitted a $100,000 settlement demand dated November 21, 2025. Copies of this correspondence are attached as **Exhibits D** and **E**. Email correspondence with Plaintiff's counsel on October 27 and October 28, 2026, again confirmed that Plaintiff seeks more than $100,000. *See* **Exhibit F**.

13. The amount in controversy therefore exceeds the jurisdictional threshold under 28 U.S.C. § 1332(a). *See e.g., Williams v. Safeco Insurance Co. of America*, 74 F. Supp. 2d 925 (W.D. Mo. 1999) (considering pre-litigation settlement demands in determining the amount in controversy).

14. Tropicana is the sole defendant in this action, and no additional defendants' consent to removal is necessary. This action is properly removable to the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1441(a).

15. Pursuant to 28 U.S.C. § 1446(a), copies of the process, pleadings, orders, and state-court docket sheet are attached hereto. Attached as **Exhibit G.**

16. Contemporaneously with the filing of this Notice of Removal, and pursuant to 28 U.S.C. §1446(d), Tropicana is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Louis City, Missouri, and is serving a copy on counsel for Plaintiff.

WHEREFORE, Defendant Tropicana St. Louis LLC, respectfully requests that the Court issue all necessary orders causing the above-described Cause No. 2622-CC00331, pending in the Circuit Court of the City of St. Louis, Missouri, Twenty-Second Judicial Circuit, styled *Dylan Haynes v. Tropicana St. Louis LLC,* to be removed to this Court for further proceedings and that this Court take jurisdiction herein, and make further orders as may be necessary and proper.

Respectfully Submitted,

HAMILTON WEBER LLC

/s/ V. Scott Williams
V. Scott Williams #36177
Jared D. Howell #67332
200 N. Third Street
St. Charles, MO 63301
(636) 947-4700
swilliams@hamiltonweber.com
jhowell@hamiltonweber.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served this 20th day of November 2026, by notice of electronic filing to:

Deme Sotiriou, MO #56611
Tom Wilmowski, MO #60721
Sotiriou Wilmowski, LLC
12444 Powerscourt Drive, Suite 150
St. Louis, Missouri 63131
(314) 925-1000
deme@swlawstl.com
tom@swlawstl.com

*Attorneys for Plaintiff*

/s/ V. Scott Williams